IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| R & R RESALE LEASING LLC, | |
| Plaintiff, | Civil No. 1:17-cv-533 |
| | JUDGE DLOTT |
| v. | |
| MITCH G. STEVENSON, et al., | |
| Defendants. | |

## ORDER

This matter is before the Court for consideration of the United States' Motion to Stay this action, pursuant to 21 U.S.C. § 853(e)(1)(A), pending the outcome of criminal case, *United States of America v. Mitch G. Stevenson, et al.*, Criminal Case No. 2:17-cr134. Doc. 7. Trial in the criminal case is currently set to begin on March 19, 2018. The present foreclosure action in this case involves the interest of Mitch G. Stevenson and Patricia Stevenson in the same real property as listed in the Forfeiture Allegation of the Indictment in the criminal case.

Section 853 bars any person from commencing an action outside of the criminal case "concerning the validity of his alleged interest...subsequent to the filing of an indictment...alleging that the property is subject to forfeiture [to the United States]." 21 U.S.C. § 853(k)(2).

Therefore, for good cause shown, the Court **GRANTS** the United States' Motion, Doc. 7, and **STAYS** this action until further order. The parties are directed to notify the Court within fourteen (14) days of any change in the circumstances that would necessitate reopening this litigation.

    **IT IS SO ORDERED.**

10/16/17
Date

HONORABLE SUSAN J. DLOTT
UNITED STATES DISTRICT COURT JUDGE